NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHANNING JAMES, DOC #S12872,              )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No.  2D17-5156
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____   )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Channing James, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marilyn Muir Beccue,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.